UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DEREK GITMED, an individual; HOLLY GITMED, an individual; FELICIA GITMED, an individual; ANTHONY POLLINO JR., an individual; and DOES 1-50, inclusive,<br><br>Defendants. | No. 1:16−CV−00178−DAD-SAB<br><br>**ORDER ENLARGING TIME TO SERVE SUMMONS AND COMPLAINT** |

On May 3, 2016, during the Mandatory Scheduling Conference in this action, Plaintiff Eli Lilly and Company, by and through its counsel of record, requested that this Court enter an Order enlarging the time to serve the Summons and Complaint in this action by sixty (60) days, on the grounds that Plaintiff had not yet been able to serve one of the incarcerated defendants, despite diligent efforts to do so.

GOOD CAUSE APPEARING THEREFOR, Plaintiff Eli Lilly and Company shall have until July 8, 2016 to serve the Summons and Complaint on the incarcerated defendant, John Gitmed.

IT IS SO ORDERED.

Dated:   **May 3, 2016**

_____
UNITED STATES MAGISTRATE JUDGE