UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DEREK GITMED,<br><br>　　　　　Defendants. | No. 1:16-cv-00178-DAD-SAB<br><br><u>ORDER TO SHOW CAUSE REQUIRING CONFIRMATION OF ADDRESS</u><br><br><u>ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON DEFENDANT</u> |

　　　　On September 26, 2016, defendant John Derek Gitmed filed a "motion of response" to the plaintiff Eli Lilly and Company's complaint. (Doc. Nos. 35.) The court issued a minute order on October 11, 2016, noting that defendant's filing would be construed as a motion to dismiss plaintiff's complaint, and setting the motion for hearing on November 15, 2016. (Doc. No. 36.) That order was sent by mail to defendant Gitmed, but was returned to the court by the U.S. Postal Service as undeliverable.

　　　　Defendant Gitmed is hereby ordered to confirm that the address listed below reflects his current mailing address:

1

John Derek Gitmed, R.N. 71860-097

MDC Los Angeles

Metropolitan Detention Center

P.O. BOX 1500

Los Angeles, CA  90053

Defendant Gitmed is directed to respond to this court in writing confirming his current address within **fourteen (14) days** of service of this order. Defendant is also forewarned that it is his responsibility as a pro per litigant to keep the court informed of his current address of record should it change.

In addition:

1. The Clerk of Court is directed to serve this order as well as the opposition to defendant's motion to dismiss filed by plaintiff on October 28, 2016 (Doc. No. 37) upon defendant John Gitmed at the address listed above.
2. The November 15, 2016, hearing on defendant's motion to dismiss is vacated;
3. defendant John Gitmed shall file any reply to plaintiff's opposition to his motion to dismiss within **fourteen (14) days** of service of this order; and
4. Plaintiff's motion to dismiss will be submitted for decision at the close of that fourteen period without oral argument in light of defendant's incarceration unless oral argument is requested by plaintiff.

IT IS SO ORDERED.

Dated:   **November 1, 2016**                         _Dale A. Drozd_
                                                       UNITED STATES DISTRICT JUDGE