UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHN DEREK GITMED, et al.,<br><br>             Defendants. | No.  1:16−cv−00178−DAD-SAB<br><br>ORDER GRANTING MOTION FOR MODIFICATION OF SCHEDULING ORDER AND AMENDED SCHEDULING ORDER<br><br>(ECF No. 40) |

The Court finds that good cause exists to grant Plaintiff's motion to amend the scheduling order based upon Defendant John Gitmed's pending motion to dismiss.  Accordingly, IT IS HEREBY ORDERED that Plaintiff Eli Lilly & Company's motion to amend the scheduling order is GRANTED and the May 4, 2016 scheduling order deadlines are amended as follows:

1. Non-expert discovery:  April 19, 2017;

2. Non-dispositive motions filed:  April 19, 2017;

3. Expert Disclosures:  June 7, 2017;

4. Supplemental Expert Disclosures:  June 28, 2017;

5. Expert Discovery:  August 14, 2017;

6. Dispositive motions filed:  September 19, 2017;

7. Pretrial Conference:  November 20, 2017 at 2:30 p.m. in Courtroom 5 before District

Judge Dale Drozd;

8. Trial: January 16, 2018 at 1:00 p.m. in Courtroom 5 before District Judge Dale Drozd; and

9. The May 4, 2016 scheduling order shall remain in effect in all other aspects.

IT IS SO ORDERED.

Dated: **December 14, 2016**

UNITED STATES MAGISTRATE JUDGE