# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DEREK GITMED, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00178-DAD-SAB<br><br>ORDER VACATING MARCH 15, 2017 HEARING AND TAKING MATTER UNDER SUBMISSION |

Plaintiff Eli Lilly and Company filed a motion for entry of default judgment which is set for hearing on March 15, 2017, at 10:00 a.m. in Courtroom 9.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on March 15, 2017, at 10:00 a.m. is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **March 13, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1