UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DEREK GITMED, et al.,<br><br>Defendants. | No. 1:16-cv-00178-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 43, 44, 54.) |

Plaintiff Eli Lilly and Company filed the complaint in this action on February 8, 2016. (Doc. No. 1.) On August 9, 2016, the Clerk entered default against defendant Anthony Pollino, Jr. (Doc. No. 30.) Plaintiff filed a motion for entry of default judgment against defendant Pollino on February 9, 2017 which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2017, the assigned magistrate judge filed findings and recommendations recommending that plaintiff's motion for default judgment be granted in part and denied in part. (Doc. No. 54.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days (14) days from the date of service. No objections have been filed and the deadline for filing objections has passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations, filed March 23, 2017 (Doc. No. 54), are adopted in full;
2. Plaintiff's application for entry of default judgment (Doc. No. 44) is granted in part and denied in part, as follows:
    a. Plaintiff's application for entry of default judgment against defendant Anthony Pollino, Jr. is granted as to liability; and
    b. Plaintiff's application for entry of default judgment against defendant Anthony Pollino, Jr. is denied as to damages and injunctive relief.

IT IS SO ORDERED.

Dated: **May 3, 2017**

UNITED STATES DISTRICT JUDGE