# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DEREK GITMED, et al.,<br><br>Defendants. | Case No. 1:16-cv-00178-DAD-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO DECEMBER 11, 2017, AT 9:30 A.M. |

This action was filed on February 8, 2016. (ECF No. 1.) On May 4, 2017, the Court granted in part and denied in part Plaintiff's application for entry of default judgment (ECF No. 44) against Defendant Anthony Pollino, Jr. ("Defendant Pollino"). (ECF No. 56.) Plaintiff's application for entry of default judgment against Defendant Pollino was granted as to liability, but denied as to damages and injunctive relief. (ECF No. 56.)

On July 18, 2017, the Court set a mandatory scheduling conference in this matter for October 17, 2017. (ECF No. 58.)

On August 25, 2017, Plaintiff filed a notice of voluntary dismissal of Defendant John Derek Gitmed. (ECF No. 59.) Therefore, the only defendant remaining in this action is Defendant Pollino.

On August 29, 2017, the Court directed Plaintiff to file an application for entry of default judgment against Defendant Pollino within thirty (30) days of the date of service of the order.

1

(ECF No. 60.)

Accordingly, IT IS HEREBY ORDERED that the scheduling conference in this matter is continued from October 17, 2017, to December 11, 2017, at 9:30 a.m. in courtroom 9 before the undersigned. The parties are required to file a joint scheduling report one week prior to the scheduled conference date.

IT IS SO ORDERED.

Dated: __**September 1, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE